**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SAM WILSON,<br><br>                 Plaintiffs,<br><br>   v.<br><br>CUSTOM SERVICE HARDWARE, LLC.<br><br>               Defendant. | Civil Action No. 1:22-cv-00221-JLS |

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff SAM WILSON hereby advises this Honorable Court that he has reached an agreement in principle with Defendant CUSTOM SERVICE HARDWARE, LLC. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: April 22, 2022             Respectfully Submitted,

                                     */s/ Benjamin J. Sweet*
                                       Benjamin J. Sweet
                                       ben@nshmlaw.com
                                       **NYE, STIRLING, HALE & MILLER, LLP**
                                       1145 Bower Hill Road, Suite 104
                                       Pittsburgh, Pennsylvania 15243
                                       Phone: (412) 857-5350

                                       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 22nd day of April, 2022.

 */s/ Benjamin J. Sweet*
Benjamin J. Sweet