IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAM WILSON,<br><br>      Plaintiff,<br><br> v.<br><br>CUSTOM SERVICE HARDWARE, LLC,<br><br>      Defendant. | Civil Action No. 1:22-cv-00221 |

**STIPULATION FOR DISMISSAL**

Plaintiff, SAM WILSON, and Defendant, CUSTOM SERVICE HARDWARE, LLC., by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: May 12, 2022

NYE STIRLING, HALE &
MILLER, LLP

By: */s/ Benjamin J. Sweet*
Benjamin J. Sweet, Esq.
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243
Telephone: (412) 857-5350

*Attorneys for Plaintiff*

BARCLAY DAMON LLP

By: */s/ Robert J. Thorpe, Esq.*
Robert J. Thorpe, Esq.
125 East Jefferson Street
Syracuse, New York 13202
Telephone: (315) 413-7231

*Attorneys for Defendant*

-2-

## **CERTIFICATE OF SERVICE**

  I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 12th day of May, 2022.

                 */s/ Benjamin J. Sweet*
                 Benjamin J. Sweet